AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Mariano Perez Sanchez and<br><br>Dagoberto Ayala-Lopez<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

3:26-mj- 102

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 21, 2026 _____ in the county of _____ Washington _____ in the _____ District of _____ Oregon _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a) (1)<br>21 U.S.C. § 846 | Possession with Intent to Distribute (Methamphetamine)<br>Conspiracy to Possess with Intent to Distribute a Controlled Substance<br>(Methamphetamine) |

This criminal complaint is based on these facts:

See affidavit of DEA, Special Agent Teegan Hand, which is attached and incorportated fully by reference

☑ Continued on the attached sheet.

Attested to by Telephone
_____
*Complainant's signature*

Teegan Hand, Special Agent, DEA
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 9:56 am a.m./p.m..

Date: _____ April 22, 2026 _____

_____
*Judge's signature*

City and state: _____ Portland, Oregon _____

U.S. Magistrate Judge Youlee Yim You
_____
*Printed name and title*

DISTRICT OF OREGON, ss:                    AFFIDAVIT OF TEEGAN HAND

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Teegan Hand, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Special Agent with the Drug Enforcement Administration ("DEA") and have been employed since February, 2022.  I am currently assigned to the DEA Seattle Field Division (SFD) Portland District Office (PDO).  I have received specialized training from the DEA, to include a 17-week Basic Agent Training course.  Prior to working for the DEA, I worked for approximately 4 years as a patrol officer between Wyoming and Colorado and approximately 4 years as a narcotics detective with the Northern Colorado Drug Task Force. As a narcotics detective and special agent, I have participated in numerous drug investigations including: wiretap investigations, undercover purchases of controlled substances, and controlled substance production and conspiracy investigations. I am familiar with drug trafficking organization (hereinafter, "DTO") investigations, including identifying methods of importation and distribution of controlled substances, and how controlled substances are manufactured, consumed, packaged, marketed, smuggled, and distributed.  I am also familiar with various tactics used by DTOs to import drugs into the United States, communicate with members of the DTOs, and arrange for transportation and distribution of drugs.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for the following individuals:

- **Mariano PEREZ SANCHEZ** and **Dagaberto AYALA-LOPEZ** for the crimes of conspiracy to possess with intent to distribute controlled substances (including methamphetamine) and possession with the intent to distribute methamphetamine

**Affidavit of Teegan Hand**                                                      **Page 1**

in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), (viii) and 846 on February 17, 2026.  As set forth below, there is probable cause to believe, and I do believe, that **Mariano PEREZ SANCHEZ** and **Dagaberto AYALA-LOPEZ** violated 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi) and (viii) and 846.

3.      This affidavit is intended only to show that there is sufficient probable cause for the requested arrest warrants and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience. ▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ in English and Spanish. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, initially conducted in Spanish, were translated into English by monitors fluent in Spanish and hired by the DEA to perform this service. Any quoted speech or text herein is taken from these transcriptions.

## Applicable Law
### Target Offenses

4.      Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vi) and (viii) and 846 makes it illegal to possess and conspire to distribute controlled substances (methamphetamine) with intent to distribute them, and to conspire to do so.  This offense is punishable by 10 years to life imprisonment, a fine of up to $10 million, and five years' supervised release.

**Affidavit of Teegan Hand**                                                                                    **Page 2**

### *Background of Investigation*

5.      In July of 2025, DEA Portland began investigating a DTO operating in the Forest Grove, Oregon area. DEA conducted several controlled purchases of methamphetamine using CS-1 and determined the local cell of the DTO is operated by Mariano PEREZ SANCHEZ. PEREZ SANCHEZ acts as a dispatcher and takes customer orders from customers and retail level distributors. DEA previously believed PEREZ SANCHEZ's courier was Sergio Ayala Lopez but later learned it was actually Dagaberto AYALA LOPEZ.  DEA completed 5 controlled purchases of methamphetamine from PEREZ SANCHEZ and AYALA LOPEZ using CS-1. The purchases totaled approximately 9 pounds of methamphetamine.

6.      ██████████████████████████████████████████ ████████████████████████ Target Cellphone 1, used by PEREZ SANCHEZ. ███████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

7.      ████████████████████████████████ portraying PEREZ SANCHEZ as a high-level distributor of methamphetamine. ████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

██████

**Affidavit of Teegan Hand**                                    **Page 3**

### *Statement of Probable Cause*

8.    ███████████████████████████████████████████████ (971) 299-3895 (SP-3895). The phone is a TextNow phone number used by Juan GARCIA SANTOYO aka "Tony," a Mexico based dispatcher of multiple drugs. GARCIA SANTOYO primarily brokers deals for customers seeking distribution amounts of methamphetamine in the United States.  DEA learned GARCIA SANTOYO places orders with PEREZ SANCHEZ and PEREZ SANCHEZ fulfills the orders using his own drugs and courier.

9.    On February 11, 2026, ███████████████████████



10.    On February 11, 2026, at approximately 9:20 a.m., DEA established surveillance at the HomeTowne Studios and observed a grey Kia Sportage. At approximately 10:45 a.m., investigators observed Cristina ECHEVERRIA, a known courier for PEREZ SANCHEZ, arrive at the hotel. At approximately 11:08 a.m., investigators observed Nathalie BUCHANAN receive a white bag through the window of ECHEVERRIA's Altima and place it in her Sportage.

**Affidavit of Teegan Hand**                                                      **Page 4**

11.     At approximately 11:27 a.m., the parties separated and BUCHANAN left driving the Sportage. Investigators followed BUCHANAN until a uniformed police officer could arrive to initiate a traffic stop. At approximately 12:35 p.m., Oregon State Police Sergeant and DEA TFO Adam Miller conducted a traffic stop on the vehicle. Assisting troopers on the scene located a black backpack on the backseat. Sergeant Miller searched the backpack and located approximately 4.3 pounds of suspected methamphetamine.

12.     ███████████████████████████████████████████

████████████ Rafael MORA CONTRERAS, ████████████████████████

██████████████████████████████████████

13.     On February 14, 2026, ████████████████████████████



14.     Investigators observed geolocation data for MORA CONTRERAS travel south into California where it arrived in Los Angeles on February 16, 2026, at approximately 1:00 a.m. I know Los Angeles, California is a major drug hub in the United States and serves as one of the primary destinations for drugs once they are crossed into the United States from Mexico. MORA

**Affidavit of Teegan Hand**                                                    **Page 5**

CONTRERAS' phone was in Los Angeles for approximately 12 hours before turning back north and driving back towards Oregon. The phone stayed overnight in Delano, California before traveling north towards Oregon the morning of February 17, 2026. When geolocation data returned to the District of Oregon, investigators conducted traffic stops on two rental vehicles driving in tandem. The vehicles were driven by ECHEVERRIA and MORA CONTRERAS. Investigators searched the vehicles and discovered ECHEVERRIA was transporting approximately 28 pounds of methamphetamine and 6 kilograms of cocaine. Both were arrested.

15.     On April 6, 2026, DEA conducted a controlled purchase from PEREZ SANCHEZ over Target Cellphone 3 using an undercover officer. Prior to the meeting, DEA communicated with PEREZ SANCHEZ and requested a delivery of two pounds of methamphetamine. PEREZ SANCHEZ agreed and agreed to meet between 2-3 p.m. At approximately 3:14 p.m., the undercover officer arrived at the deal location. At approximately 3:15 p.m., investigators observed PEREZ SANCHEZ leaving his residence with a bag. PEREZ SANCHEZ entered his Nissan Altima. At approximately 3:19 p.m., DEA observed PEREZ SANCHEZ arrive at the deal location and proceeded to sell the undercover officer approximately two pounds of suspected methamphetamine.

16.     On April 21, 2026, DEA served search warrants related to this investigation. DEA located AYALA LOPEZ's Dodge Ram and observed him entering the driver's seat. DEA detained AYALA LOPEZ and searched his vehicle pursuant to a search warrant. Investigators located approximately 172 gross grams of suspected methamphetamine in AYALA LOPEZ's Dodge Ram along with a cell phone. ███████████

██████████████████████████████████

███████████

**Affidavit of Teegan Hand**                                      **Page 6**

17. Investigators then served a search warrant at AYALA LOPEZ's residence, 1307 East Main Street. Included in the search warrant was a gold Toyota Sienna mini van AYALA LOPEZ frequently drives. Inside the van, DEA located approximately 2442.4 gross grams of suspected methamphetamine.

18. On April 21, 2026, investigators also executed a search warrant on PEREZ SANCHEZ's residence. Initially, investigators could not locate PEREZ SANCHEZ in the residence. PEREZ SANCHEZ was located hiding on his roof and was placed under arrest. Investigators did not locate any money or drugs in PEREZ SANCHEZ's residence, nor Target Cellphone 3.

19. Based on the ███████████████████, statements to law enforcement and seized drugs, I believe PEREZ SANCHEZ and AYALA LOPEZ are partners in drug dealing and routinely distribute large quantities of methamphetamine.

20. Based on the foregoing, I have probable cause to believe, and I do believe, that **PEREZ SANCHEZ and AYALA LOPEZ** committed the crime of possession with intent to distribute and conspiracy to possess with intent to distribute and distribute controlled substances, including methamphetamine – in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi) and (viii).

21. I therefore request that the Court issue a criminal complaint and arrest warrants for **PEREZ SANCHEZ and AYALA LOPEZ**.

22. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Lewis Burkhart and AUSA Burkhart advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

**Affidavit of Teegan Hand**                                                                 **Page 7**

**Request for Sealing**

23.    It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant.  I believe that sealing these documents is necessary because the individual to be arrested is relevant to an ongoing investigation, and any disclosure of the individual's arrest at this time may endanger the life or physical safety of an individual, cause flight from prosecution, cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize an investigation.  Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

*/s/ Teegan Hand By Phone*
Teegan Hand
Special Agent
Drug Enforcement Administration

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 9:56 am on April 22, 2026.

HONORABLE YOULEE YIM YOU
United States Magistrate Judge

**Affidavit of Teegan Hand**                                                                **Page 8**